U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

NOV - 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | |
|---|---|
| **RAYNELL BRIGHT** | **CIVIL ACTION NO. 07-743** |
| VS. | **SECTION P** |
| **GEO GROUP, INC., ET AL** | **JUDGE MINALDI** |
| | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**IT IS ORDERED** that plaintiff's civil rights claims be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1).

**IT IS FURTHER ORDERED** that plaintiff's *habeas corpus* claims be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 31 day of October, 2007.

PATRICIA MINALDI
**UNITED STATES DISTRICT JUDGE**